# IN THE SUPREME COURT OF THE STATE OF DELAWARE

JOHN A. TAYLOR,

    Defendant Below,
    Appellant,

v.

STATE OF DELAWARE,

    Plaintiff Below,
    Appellee.

§
§ No. 526, 2014
§
§
§
§ Court Below—Superior Court
§ of the State of Delaware,
§ in and for New Castle County
§ Cr. ID 9408012457
§
§

Submitted: October 6, 2014
Decided: October 9, 2014

## ORDER

This 9th day of October 2014, it appears to the Court that, on September 23, 2014, the Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal in a timely manner. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Karen L. Valihura
Justice